UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| MARCUS MAYS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:12-CV-6 JCH |
| DOUG HOWELL, et al., | ) |
| Defendants. | ) |

## **PLAINTIFF'S SUPPLEMENTAL ADDITIONAL UNDISPUTED MATERIAL FACTS**

The Plaintiff Marcus Mays ("Plaintiff"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and E.D.Mo. L.R. 4.01(E) sets forth the following Supplemental Additional Undisputed Material Facts in support of Plaintiff's request for this Court to deny Defendant Doug Howell, Defendant Thomas McNelly and Defendant City of LaGrange, Missouri's (collectively the "Defendants") Joint Motion for Summary Judgment:

### **PLAINTIFF'S ADDITIONAL UNCONTROVERTED MATERIAL FACTS**

180. Prior to March 31, 2010, Chief McNelly had not had any specific training from a veterinarian or any kind of other agency regarding the catching of at-large dogs. (*See* McNelly depo. – Ex. 1, TR. 22:25-23:9[1]).

---

[1] Page 22 of Thomas McNelly's deposition was attached to Plaintiff's Statement of Material Facts in Exhibit 1. Plaintiff attaches hereto Page 23 to supplement the record.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
James W. Schottel, Jr.   #51285MO
906 Olive St., PH
St. Louis, MO 63101
(314) 421-0350
(314) 421-4060 facsimile
jwsj@schotteljustice.com

Attorney for Plaintiff
Marcus Mays

### **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

D. Keith Henson
khenson@pcblawfirm.com

Bradley J. Sylwester
bsylwester@pcbplawfirm.com

Attorneys for Defendants
Doug Howell
Thomas McNelly
City of LaGrange, Missouri

s/*James W. Schottel, Jr.*